# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:07CR99 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **OMAR MARTINEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's Motion to Withdraw as Attorney (Filing No. 22) is scheduled for hearing before the undersigned magistrate judge at **3:00 p.m. on June 6, 2007**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 5th day of June, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge